JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 23 2026
CENTRAL DISTRICT OF CALIFORNIA
BY: MG DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY L. KOEHN<br>PLAINTIFF<br>v.<br>FORD MOTOR COMPANY, et al<br>DEFENDANT | CASE NUMBER:<br>EDCV 25-3142 JGB (DTBx)<br><br>**JUDGMENT** |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on May 15, 2026 as docket number 19 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiff

and against

Defendant

according to the terms set forth in the Offer of Judgment.

Date: July 23, 2026

By: [signature]
Deputy Clerk